Certificate Number: 05781-UT-DE-041290829

Bankruptcy Case Number: 26-24620



05781-UT-DE-041290829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2026</u>, at <u>10:53</u> o'clock <u>AM PDT</u>, <u>Elizabeth Gaulrapp</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Utah</u>.

Date:   <u>August 5, 2026</u>   By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>